UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

BRET E. BAILEY,

    Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

NO.  CV-09-199-JPH

**JUDGMENT IN A CIVIL CASE**

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED**.  The matter is **REMANDED** for additional proceedings pursuant to sentence four of   42 USC § 405(g), and Judgment is entered for Plaintiff.

DATED this 30th day of June, 2010.

                    JAMES R. LARSEN
                    District Court Executive/Clerk


                by: __s/ Karen White_____
                      Deputy Clerk

cc: all counsel